UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EMANUEL LISTER,<br><br>        Petitioner,<br><br>      v.<br><br>R. RACKLEY, WARDEN,<br><br>        Respondent. | CASE NO. CV 16-4326-VAP (PJW)<br><br>ORDER TO SHOW CAUSE WHY PETITION<br>SHOULD NOT BE DISMISSED |

    On June 16, 2016, Petitioner filed a Petition for Writ of Habeas Corpus, challenging his convictions in November 27, 1978 for kidnapping, robbery, and rape with firearm allegations and resultant life sentence. (Petition at 2.) Petitioner contends that his sentence is unlawful and that the prosecutor failed to produce test results for defense examination and failed to notify the defense regarding an expert witness. (Petition at 5 and attached pages, 6.) For the following reasons, Petitioner is ordered to show cause why his Petition should not be dismissed because it is time-barred.

    State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of limitations. 28 U.S.C. § 2244(d). Here, Petitioner's conviction became final no later than March 31, 1981--90 days after the last date

in 1980 that the California Supreme Court could have denied his petition for review[1] and the time expired for him to file a petition for writ of certiorari in the United States Supreme Court. *See*, *e.g.*, *Brambles v. Duncan*, 412 F.3d 1066, 1069 (9th Cir. 2005). For prisoners like Petitioner, whose conviction became final before the effective date of the statute of limitations in April 1996, the one-year period began then and ended a year later in April 1997. *See Patterson v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001). Petitioner, however, did not file this Petition until June 16, 2016, more than 19 years after the deadline.

    IT IS THEREFORE ORDERED that, no later than **July 18, 2016,** Petitioner shall inform the Court in writing why this case should not be dismissed with prejudice because it is barred by the statute of limitations. Failure to timely file a response will result in a recommendation that this case be dismissed.

DATED: June 17, 2016

*[signature: Patrick J. Walsh]*

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\LISTER, J 4326\OSC dismiss pet.wpd

---

[1] Petitioner alleges that the California Supreme Court denied his petition for review "on or about 1980." (Petition at 3.)