UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EMANUEL LISTER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R. RACKLEY, WARDEN,<br><br>　　　　　Respondent. | CASE NO. CV 16-4326-VAP (PJW)<br><br>J U D G M E N T |

　　Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

　　DATED:　　November 8, 2016　　　　　　.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Users\sbourgeoi\AppData\Local\Temp\notesC7A056\LA16CV04326 VAP(PJW)-JUDGMENT-R&R.wpd